Andrew C Servance
V
District Court

Writ Pro-Se

Application writ Habeas corpus 32.01
Seeking Relife do to Delay

Case 7:21-cv-00162-DC   Document 1   Filed 09/01/21   Page 1 of 4

MO-21-CV-00162
FILED
September 01, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY

: Here comes The defendent Andrew Chance Servance Before The Honorable District Court of Texas Western District IN The Matter of writ of Hebeas Courpus Seeking Relife Because of Delay Arrtical 32.01 Texas code Criminal Procedure

I come Before The court Do to my indigent Nature And ask not to Be Held to the intense Stagnets of a licensed or larned attorny on this Date 8-27-21 I come Before the District court in a Matter were There Has Been No Inditment And I Beiive the County of ector to Be Holding me to a tactical advantage abusing my Rights of speedy trial and Rights of Due Process As of 8-18-21 I Had A 32.01 Placed By The Chavez law Firm submitted to The 70th District Court that was accepted yet the Reife of a Dismisal was Denied As I Have not Been indited my only choice of Recource it to Bring this matter to a Higher Court and prove that the Refusal of the Dismissal is a ploy By the Court to Hold Me on a Parole Hold to extend the time to indite me successfully using my Prior Technical violation as a Tactical advantage useing said Hold as a weapon to Cause Me Harm By Delay

I

Defendent was arrested January-21-21 for the Offense of Poss. Conrol. Sub. F3 And Prohibited Substance in a facilty 215 days Have Elapsed since defendents Detetion on these Felony Charges

II

Under The Provison of the Texas Code of Crimanal Procedure

Arrtical 32.01 a Defendent who has Been Detained and Remanded in Custody pending trial Has 180 to Be indited on that Date or no later then the Second Term of court or the Case Shall Be Dismissed without Prejudice if the State Has anuff evidence Then the Defendent will Be incarsrated at that later date and Charged with a Felony offense I Bring this Point Before the Court to Show that as I Have a parole Hold The State Denied my Dismissal and Isued a P.R. Bond with full Knowledge that I Can not Be Released untill Affter A Hearing pending the Resoultion of Said charges Sucsessfuly ~~you~~ useing my Parole Hold to a tactical advantage to the State and a Clear violation of my Right of Due Process) This is Proved By the fact that Arrtical 32.01 allows That if the state Finds adequet Reason the may Remand me and Place Me in Custody as I am on Parole my Residence is on File Showing this was Done to continue the Delay witch is By Difanition a tactical advantage used to Subvert my Right's of Speedy trial and due Process" Tex Jur 21" I Now Turn to "Ex Parte Turner Texas APP 2020" were it uses "Ex Parte Fisher 198 S.W.3d at 338-39" Providing Me with the Right of Full Dismissal "Attributing to Delay State Failure to Submit Drug For anlysis and Noting the State Can not Rely on Backlog or lack of Employees for Delay" I was not in the Court Room when the Decision Not to Dismiss was Made and at No time was I in the Court Room yet my Court apointed Counsel Cited This a the Reason for the Dismissal Being Denied

And The Desisson to Release on P.R. Bond was aplied to My Case I would like to Show I was souposed to go to Court for Arrtical 32.01 Not Arrtical 17.151 witch state affter 90 Day I Shall Be Released on Personal Recognizance Even tho I am on a Personal Recognizance Bond the Fact that I was incasrated 1-21-21 and Did not Recive the P.R. Bond until 8-18-21 Makes me Still ellisble for Arrtical 32.01 And I ask This Court to grant Dismissal In the Name of Justice To keep the State From violating My Risnt of Due-Process By Holding me on a Parole Hold when Clearly under "Fisher 198 338-39" I States the State can not use The Delay of a testing Facilty Backlog as the Reason to Delay inditment

## Conclusion

I Andrew Chance Servance Comes Before this Court Proving with a abundence of evidence and Case law that My Risnt are Being violated and asking for Relife under Arrtical 32.01 to Be Provided with the immedate Dismisal of the above mentiond Case as Stated in "Ex Parte Turner" This Hisher Court of afeals has the Risnt to Dismiss under Arrtical 32.01 when no Inditment has Be Presented And the Proff of me filking in Both courts and writing the State Bar to make Iri's Chanez File in County Court Proves and Protects me under Risnt of speedy trial

Signed Andrew Servance

I Asked For Notary and was Denied.

Andrew Service 120141
P.O. Box 331
Odessa TX 79761



RECEIVED
SEP 0 1 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

District court clerk
Western District Court of Texas
@ 200 N wall st
Midland TX 79760

Legal Indigent

7970184557