UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ANDREW SERVANCE | § | |
| | § | |
| vs. | § | NO:  MO:21-CV-00162-DC |
| | § | |
| MIKE GRIFFIS | § | |

## **FINAL JUDGMENT**

On this day, the Court entered an Order denying Petitioner's Application for Writ of Habeas Corpus by a Person in State or Federal Custody, filed pursuant to 28 U.S.C. §2241, for reasons clarified therein. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Petitioner's Application for Writ of Habeas Corpus by a Person in State or Federal Custody filed pursuant to 28 U.S.C. §2241 is **DENIED.**

It is further **ORDERED** that Petitioner's 28 U.S.C. §2241 is **DISMISSED WITHOUT PREJUDICE** and the Parties will bear their own costs.

It is finally **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT** and **A CERTIFICATE OF APPEALABILITY WILL NOT ISSUE IN THIS CASE.**

It is so **ORDERED.**

**SIGNED this 21st day of October, 2021.**

**DAVID  COUNTS**
**UNITED STATES DISTRICT JUDGE**